# IN THE SUPREME COURT OF THE STATE OF NEVADA

WES JOSEPH PERTGEN,
           Appellant,
      vs.
WILLIAM A. GITTERE, WARDEN,
           Respondent.

No. 81163

**FILED**

JUN 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S.Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a single district court order denying petitioner's first motion for extension of time to file a reply to answer to petition for writ of habeas corpus; denying petitioner's motion for leave to reply to answer to petition for writ of habeas corpus; denying petitioner's motion for appointment of counsel; and directing petitioner and respondent to file proposed order. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Gary Fairman, District Judge
Wes Joseph Pertgen
Attorney General/Carson City
Attorney General/Ely
White Pine County Clerk